IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:17cr479-MHT |
| | ) | (WO) |
| KERRY LATRELL SMITH | ) | |

ORDER

Upon consideration of the government's motion to strike the forfeiture allegation from the indictment (doc. no. 1), it is ORDERED that the motion (doc. no. 18) is granted.

DONE, this the 5th day of February, 2018.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE