IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:17cr479-MHT |
| | ) | (WO) |
| KERRY LATRELL SMITH | ) | |

**ORDER**

Upon consideration of defendant Kerry Latrell Smith's motion to modify the conditions of supervised release by terminating the remaining period of home detention, it is ORDERED that the motion (doc. no. 47) is denied. The court imposed the six-month home-detention condition as punishment for his crime in lieu of a similar period of incarceration, so that defendant Smith could continue to work and support his family. His good conduct thus far does not justify a reduced punishment, and he needs to be held accountable for his offense. *See* 18 U.S.C. § 3553(a)(2)(A) & (B).

DONE, this the 31st day of July, 2019.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**